### IN THE UNITED STATEES OF AMERICA
### FOR THE DISTRICT OF PUERTO RICO

**WILFREDO RODRIGUEZ, ET. AL.;**

Plaintiffs

v.

**JOHN PAULSON, ET. AL.;**

Defendants

**Civil No.** 18-1257 (DRD)

### JUDGMENT

Pursuant to the Court's *Opinion and Order* (Docket No. 42) granting Defendants' *Motion to Dismiss* (Docket No. 21), the Court hereby enters a final judgment **DISMISSING WITH PREJUDICE** all federal law claim and **DISMISSING WITHOUT PREJUDICE** all state law claims.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 23rd day of October, 2019.

*/s/ Daniel R. Dominguez*
Senior U.S. District Judg